USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/12/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

      - against -

ANGEL VILLAFANE, et al.,

      Defendants.

**21 CR 93 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letter filed by counsel for defendant Johnnie Capeles ("Defendant") on January 9, 2026, requesting that the Court issue an order directing the Metropolitan Detention Center ("MDC") in Brooklyn to provide immediate medical evaluation and treatment to Defendant. (See Dkt. No. 493.) The Government is hereby directed to respond to Defendant's letter within three (3) days of the date of this order.

**SO ORDERED.**

Dated:    12 January 2026
       New York, New York

                           Victor Marrero
                           U.S.D.J.

1