USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          - against -<br><br>JOHNNIE CAPELES,<br><br>                    Defendant. | **21 CR 93 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns the sentencing of defendant Johnnie Capeles, currently scheduled on September 4, 2026, and reschedules the sentencing on October 2, 2026, at 10:00 AM.

**SO ORDERED.**

Dated:     16 June 2026
           New York, New York

                                        Victor Marrero
                                        U.S.D.J.

1