UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/26

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

Johnnie Capeles,
a/k/a "Jon Boy,"

Defendant.

- - - - - - - - - - - - - - - - X

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A UNITED STATES MAGISTRATE JUDGE**

S9 21 CR 93 (VM)

Victor Marrero, United States District Judge

On March 18, 2026, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Sarah L. Cave, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated: New York, New York
August 31, 2026

_______________________________
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK