COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1000

November 11, 2026

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 11/13/26

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Johnnie Capeles*, 21 Cr. 93 (VM)**

Dear Judge Marrero:

On behalf of defendant Johnnie Capeles, we respectfully request an adjournment of Mr. Capeles's sentencing hearing, currently scheduled for November 20, 2026, to a date in the last week of January 2027. The requested adjournment is necessary to allow recently appointed counsel additional time to review discovery and prepare for sentencing. This is the first request for adjournment of the sentencing submitted by undersigned counsel. The Government consents to this request.

Respectfully submitted,

Amanda Kramer
*Counsel for Johnnie Capeles*

cc: Counsel of Record

Request **GRANTED.**

Sentencing in this matter is hereby adjourned to Friday, January 29, 2027 at 1:00 pm.

**SO ORDERED.**

11/13/26
DATE

VICTOR MARRERO, U.S.D.J.